UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Matthew R. Marsh

v. Case No. 26-cv-342-LM-AJ

Westgate et al.

ORDER

No objection having been filed, I herewith approve the Endorsed Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated August 10, 2026. "[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal." Rivera-Aponte v. Gomez Bus Line, Inc., 62 F.4th 1, 10 (1st Cir. 2023) (quoting Sch. Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010)); see also Santos-Santos v. Torres-Centeno, 842 F.3d 163, 168 (1st Cir. 2016) ("[P]arties who fail to file objections to a magistrate judge's report and recommendation lose their right to appellate review.").

The case is dismissed without prejudice for failure to pay the filing fee or properly apply for in forma pauperis status. The clerk is directed to enter judgment and close the case.

______________________________
Landya B. McCafferty
United States District Judge

Date: September 11, 2026

cc: Matthew R. Marsh, pro se